UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TROY L. JONES,

                Plaintiff,                        Case No. 1:10CV613

v.                                             Hon. Robert J. Jonker

DEBORAH MARCULES, et al.,

                Defendant.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on February 8, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed February 8, 2012, is approved and adopted as the opinion of the court.

       **IT IS ORDERED** that defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) (docket #31) is **DENIED**.

       **IT IS ORDERED** that defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c) (docket #31) is **GRANTED**.

       **IT IS ORDERED** that plaintiff's motion for leave to file an amended complaint (docket #15), motion to compel (docket #27) and cross-motion for summary judgment (docket #45) is **DENIED**.

       **IT IS FURTHER ORDERED** this action is **DISMISSED**.

       IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.


                                        _____/s/ Robert J. Jonker_____
                                          ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE

DATED:  March 1, 2012.